# United States District Court
## for the
## Northern District of New York
### Petition for Warrant or Summons for Offender Under Supervision
******Amended Petition for Summons for Offender Under Supervision 7/27/18***

Name of Offender: Quincy Jones     Case Number: 5:13CR000299-001

Name of Sentencing Judicial Officer:   Honorable Glenn T. Suddaby, Chief U.S. District Judge

Date of Original Sentence:   1/31/14

Original Offense:   Felon in Possession of a Firearm

Original Sentence:   37 months imprisonment and 3 years supervision

Type of Supervision:   Supervised Release   Date Supervision Commenced:   1/27/17

Asst. U.S. Attorney:   Carl Eurenius   Defense Attorney:   Martin Wolfson, FPD

---

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, import or manufacture any and all controlled substance, except that possession and use of a controlled substance properly prescribed by a licensed medical practitioner is permitted. Jones has tested positive for marijuana through submitting urine specimens on the following occasions: 02/02/2017; 03/03/2017; 04/19/2017; 05/16/2017; 06/30/2017; 11/28/2017 and 04/09/18.<br>This information is based on records of the probation office and lab reports. (Grade C violation) |
| 2<br><br>Amended 7/27/18 | Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, import or manufacture any and all controlled substance, except that possession and use of a controlled substance properly prescribed by a licensed medical practitioner is permitted. Jones has tested positive for marijuana through submitting a urine specimen on 7/22/18.  Jones made an admission to using marijuana on or about July 14, 2018. This information is based on records of the probation office, lab reports and an admission by the defendant. (Grade C violation) |

Prob 12C -2- Petition for Warrant or Summons
for Offender Under Supervision

Name of Offender: Quincy Jones        Case Number: 5:13CR000299-001

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X]   Revoked
[ ]   Extended for  year(s), for a total term of  years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 31, 2018

Approved by:                                                by:

*Ellen Phillips*
Ellen Phillips
Supervising U.S. Probation Officer

*Michael Christopher*
Michael Christopher
US Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Summons
[X]   Other - **Revocation hearing scheduled for 8/16/18**
[ ]   The Issuance of a Warrant. This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

Signature of Judicial Officer

July 31, 2018
Date